**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEVE BURTON, et. al.** | : |
| **Plaintiff,** | : |
| v. | :   **Case No. 1:12 cv 1868 BAH** |
| **FREDERICK HENDRICKS, M.D.** | : |
| **Defendant.** | : |

**PRAECIPE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Clerk of the Court will enter the above-referenced case as voluntarily dismissed by the Plaintiffs WITHOUT PREJUDICE.

Respectfully submitted,

REGAN ZAMBRI LONG & BERTRAM

By:  /s/  *Catherine D. Bertram*
Catherine D. Bertram
cbertram@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, D.C.  20036
P<span>H</span>: (202) 463-3030
F<span>X</span>: (202) 463-0667
*Counsel for Plaintiff*

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24<u>th</u> day of, July, a copy of the Praecipe of Dismissal Without Prejudice was e-filed and e-served on:

>Kathleen H. Warin, Esquire
>Robert Goodson, Esquire
>Wilson, Elser, Mosowtiz, Edelman & Dicker
>700 11th Street, NW
>Suite 400
>Washington, DC  20005

>*/s/ Catherine D. Bertram*