**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEVE BURTON, et. al.** : | |
| **Plaintiff,** : | |
| v. : | C.A. No. 1:12 cv 1868 BAH |
| **FREDERICK HENDRICKS, M.D.** : | |
| **Defendant.** : | |

### STIPULATION OF DISMISSAL

The Clerk of the Court will enter the above-referenced case dismissed without prejudice. Each party to bear their own costs.

Respectfully submitted,

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | REGAN ZAMBRI LONG & BERTRAM |
|---|---|
| By: _/s/ Kathleen Warin_ | By: /s/ *Catherine D. Bertram* |
| Robert W. Goodson  #935239 | Catherine D. Bertram  #425052 |
| Robert.Goodson@wilsonelser.com | cbertram@reganfirm.com |
| Kathleen Warin  #492519 | 1919 M Street, N.W., Suite 350 |
| Kathleen.Warin@wilsonelser.com | Washington, D.C.  20036 |
| 700 11th St., N.W., Ste. 400 | Ph: (202) 463-3030 |
| Washington, D.C.  20001 | Fx: (202) 463-0667 |
| Ph: (202) 626-7660 | *Counsel for Plaintiff* |
| Fx: (202) 628-3606 | |
| *Counsel for Defendant* | |

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July, 2013, a copy of the Stipulation of Dismissal was e-filed and e-served on:

> Robert Goodson, Esquire
> Kathleen H. Warin, Esquire
> Wilson, Elser, Moskowitz, Edelman & Dicker
> 700 11th Street, NW
> Suite 400
> Washington, DC  20005

>                                        */s/  Catherine D. Bertram*